UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 10-CR-20661-PCH

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

v.

**CARLOS CRUZ,**
**BRUCE MARTINEZ, and**
**ISRAEL ROQUE BORREGO,**
    **Defendants.**
_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION WITH EXCEPTION

THIS MATTER came before the Court upon Defense Counsel, Joseph Abraham Chambrot's CJA Voucher No. FLS 10 4503 with appended time sheets requesting $5,348.50. as final payment for attorney's fees and costs pursuant to the Criminal Justice Act, Defense Counsel, Edward J. O'Donnell's, CJA Voucher FLS 10 4504 with appended time sheets requesting $15,035.94 as final payment for attorney's fees and costs pursuant to the Criminal Justice Act, and Defense Counsel, J. Rafael Rodriguez's CJA Voucher FLS 10 4502 with appended time sheets requesting $11,176.46 as final payment for attorney's fees and costs pursuant to the Criminal Justice Act.

THE MATTER was referred to Magistrate Judge Ted E. Bandstra on April 14, 2011. A Report and Recommendation filed on May 23, 2011 recommended that Defense Counsel, Joseph A. Chambrot be paid a total of $5,348.50 ($500.00 for in-court hours, $4,812.50 for out-of-court hours and $36.00 for travel expenses) as fair and final compensation for his work on the above-referenced case. The Report and Recommendation filed on May 23, 2011 also recommended that

Defense Counsel, Edward J. O'Donnell be paid a total of $15,035.94 ($275.00 for in-court hours, $14,437.50 for out-of-court hours and $323.44 for other expenses) as fair and final compensation for his work on the above-referenced case. In addition, the Report and Recommendation filed on May 23, 2011 recommended that Defense Counsel, J. Rafael Rodriguez be paid a total of $11,176.46 ( $462.50 for in-court hours, $10,450.00 for out-of-court hours, $180.00 for travel expenses, and $83.96 for other expenses) as fair and final compensation for his work on the above-referenced case. The Defendants and the Government were afforded the opportunity to file objections to the Report and Recommendation; however, none were filed. The Court has conducted a *de novo* review of the entire file including the transcript of the May 12, 2011 hearing submitted with the Report and Recommendation. Accordingly, it is

ORDERED AND ADJUDGED that the Report and Recommendation of United States Magistrate Judge Ted E. Bandstra, is hereby Adopted and Approved in its entirety with the exception that upon the Court's review of the submission by Defense Counsel, Edward O'Donnell, the Court finds that the line expended is not fully justifiable, and therefore, reduces his out-of-court expense by fifteen (15) hours or $1,875.00. Therefore, it is hereby

ORDERED AND ADJUDGED that Defense Counsel Joseph A. Chambrot shall be paid a total of $5,348.50 ($500.00 for in-court hours, $4,812.50 for out-of-court hours and $36.00 for travel expenses) as fair and final compensation for his work on the above-referenced case. In addition, Defense Counsel, Edward J. O'Donnell shall be paid a total of $13,160.94 ($275.00 for in-court hours, $12,562.50 for out-of-court hours and $323.44 for other expenses) as fair and final compensation for his work on the above-referenced case. Defense Counsel, J. Rafael Rodriguez shall be paid a total of $11,176.46 ( $462.50 for in-court hours, $10,450.00 for out-of-court hours, $180.00 for travel expenses, and $83.96 for other expenses) as fair and final compensation for his

work on the above-referenced case.

      DONE AND ORDERED in chambers in Miami, Florida this _31_ day of May, 2011.

                                            PAUL C. HUCK
                                            U.S. DISTRICT COURT JUDGE

cc: All counsel of record.